**Dated: March 21, 2014, 10:47 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In RE:
    KIM OLBERT                        Case No. 13-15545
    JEFFREY OLBERT               Chapter 13
        Debtors.

### ORDER ON OBJECTION TO CLAIM #3-1; RCB BANK AND APPLICATION FOR ATTORNEY COMPENSATION

The above entitled matter comes for consideration pursuant to the Debtor's Objection to Proof of Claim filed by RCB BANK on January 29, 2014 in the amount of $4,728.06. Counsel for the Debtor represents that the Objection was filed on February 24, 2014 and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing responses was March 20, 2014, which has passed with no response thereto being served and filed. Therefore, the Objection should be sustained as follows:

1.     That RCB Bank's claim be denied in its entirety.
2.     That RCB Bank release the lien on the 2004 Acura MDX.

3. That RCB Bank pay Debtors' Counsel, Philip A. Hurtt, $500.00 in attorney compensation for the Objection to the Proof of Claim filed by RCB Bank on January 29, 2014.

**IT IS SO ORDERED!**

# # #

Approved for Entry:

/s/Philip A. Hurtt
PHILIP A. HURTT, OBA #16244
Branch & Hurtt Law Firm, P.C.
1525 S.W. 89th Street
Oklahoma City, Oklahoma 73159
Telephone: (405) 634-7600
Facsimile: (405) 634-9306
Email: lacristaoklaw@coxinet.net
*Attorney for the Debtor(s)*